IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK FUTIA,

    Plaintiff,

    v.

CLARENCE CRAVALHO,

    Defendant.

No. C 10-05329 JSW

**ORDER TO SHOW CAUSE**

On November 23, 2010, Plaintiff Rick Futia filed a complaint alleging the denial of his civil rights and public facilities to physically disabled persons under the Americans with Disabilities Act of 1990. On that same day, a summons was issued as to Defendant Clarence Cravalho. On January 26, 2011, Plaintiff filed a declination for this case to proceed before a magistrate judge and the case was reassigned to this Court. There has been no further activity in this matter.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff's response to this Order to Show Cause shall be due by no later than July 29, 2011. If Plaintiff fails to respond to this Order to show cause by that date, the Court shall dismiss this case, without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: June 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE